**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

DENNY LEE NEWMAN, JR,

      Plaintiff,

v.                                    CASE NO. 5:15-cv-00260-MP-GRJ

DR. MOSES IZUEGBU, et al.,

      Defendants.

_____/

## O R D E R

      This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 4, 2015. (Doc. 8).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff has filed at Doc. 9 a document called "Objection to Case Dismissal and to Clear Up My Statement to What It Stated in Pleading on this Issue" which the Court construes as an objection to the Report and Recommendation.  I have made a de novo review based on those objections.

      Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.   The Court agrees that plaintiff's medical needs were not ignored by the defendants; plaintiff simply disagrees with the course of treatment.  The First Amended Complaint therefore does not state a constitutional

claim.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. This case is DISMISSED for failure to state a claim upon which relief may be granted. The dismissal operates as a "strike" pursuant to 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this <u>  2nd</u> day of February, 2016

<u> s/Maurice M. Paul       </u>
Maurice M. Paul, Senior District Judge